IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:02CR420
                             )
      v.                     )
                             )
KELION VELAND,               )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion for Rule 35 hearing (Filing No. 30).  Accordingly,

IT IS ORDERED that a hearing on said motion is scheduled for:

**Friday, March 31, 2006, at 8:45 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.  Defendant need not be present.

DATED this 8th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court