IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR420 |
| | ) | |
| v. | ) | |
| | ) | |
| KELION VELAND, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for Rule 35 hearing (Filing No. 30). Accordingly,

IT IS ORDERED:

1) The hearing on said motion is rescheduled for:

**Thursday, April 6, 2006, at 8:45 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. Defendant need not be present.

2) Counsel for the defendant, Donald Fiedler, is reappointed to represent the defendant for purposes of the Rule 35(b) motion, and the Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 9th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court