IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )              8:02CR420
            Plaintiff,           )
                                 )
      vs.                        )              ORDER
                                 )
KELION VELAND,                   )
                                 )
            Defendant.           )

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

      **IT IS ORDERED:**

Andrew J. Wilson is appointed to represent the above named defendant in this matter and shall forthwith file an appearance in this matter.

      **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Andrew J. Wilson.

DATED this 19th day of December, 2008.

                        BY THE COURT:


                        s/ Thomas D. Thalken
                        United States Magistrate Judge