IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:02CR420 |
| | ) | |
| v. | ) | |
| | ) | |
| KELION VELAND, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On March 5, 2009, the defendant appeared with counsel for a disposition hearing on a petition for warrant of offender under supervision and an amended petition for warrant for offender under supervision (Filing Nos. 41 and 55). Defendant was present and represented by Andrew Wilson. Plaintiff was represented by Justin C. Dawson, Assistant United States Attorney. The defendant admitted the allegations contained in the amended petition and the Court found the defendant to be in violation of the conditions of his supervised release. The Court then proceeded to sentencing.

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 18 months.

2. Upon completion of the defendant's incarceration, his supervised release will terminate.

DATED this 5th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.

_____ _____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.

_____ _____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.

_____ _____
UNITED STATES WARDEN

By: _____